IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )

v. )

HECTOR FIGUEROA, a/k/a BORI, RICARDO QUEZADA, a/k/a MONSTRO, PEDRO RAMOS, ROSALIN CHAVEZ, and ANGEL FIGUEROA, a/k/a PIYI )

CR: CR 08 42-01ML

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), (b)(1)(C), and 846; 18 U.S.C. § 2

FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about March 26, 2008, in the District of Rhode Island and elsewhere, the defendants, HECTOR FIGUEROA, a/k/a BORI, RICARDO QUEZADA, a/k/a MONSTRO, PEDRO RAMOS, ROSALIN CHAVEZ, and ANGEL FIGUEROA, a/k/a PIYI, knowingly, intentionally and wilfully combined, conspired, confederated, and agreed with each other, and with Juan Antonio Lopez-Acevedo, a conspirator but not a named defendant, and with others known and unknown to the grand jury, to distribute and possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

COUNT II

On or about February 18, 2008, in the District of Rhode Island, the defendant, RICARDO QUEZADA, a/k/a MONSTRO, aided and abetted by others known and unknown to the grand jury, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT III

On or about February 18, 2008, in the District of Rhode Island, the defendant, HECTOR FIGUEROA, a/k/a BORI, aided and abetted by others known and unknown to the grand jury, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT IV

On or about February 23, 2008, in the District of Rhode Island, the defendants, PEDRO RAMOS and ROSALIN CHAVEZ, aided and abetted by each other, did knowingly and intentionally possess with

the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT V

On or about February 24, 2008, in the District of Rhode Island, the defendant, RICARDO QUEZADA, a/k/a MONSTRO, aided and abetted by others known and unknown to the grand jury, did knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

COUNT VI

On or about February 27, 2008, in the District of Rhode Island, the defendant, PEDRO RAMOS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT VII

On or about February 28, 2008, in the District of Rhode Island, the defendant, ROSALIN CHAVEZ, aided and abetted by others known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT VIII

On or about March 1, 2008, in the District of Rhode Island, the defendant, PEDRO RAMOS, aided and abetted by others, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

FORFEITURE ALLEGATIONS

As a result of the offenses alleged in Counts I, II and V of this Indictment, pursuant to 21 U.S.C. § 853, the defendant, RICARDO QUEZADA, a/k/a MONSTRO, shall forfeit to the United States

of America any and all property used and intended to be used, in any manner and part, to commit and to facilitate the commission of such violations, including but not limited to the following:

1. A 2005 Dodge Mini-van, Vehicle Identification Number 204GP44L75R324875.

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Kenneth P. Madden
Assistant U.S. Attorney

Dated: 4/23/08