AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA
v.
Pedro Ramos

APPEARANCE

CASE NUMBER: CR 08-42-03ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pedro Ramos

I certify that I am admitted to practice in this court.

4/29/08
*Date*

[signature]
*Signature*

George J. Weir
*Print Name* *Bar Number*

One Turks Head Place Ste # 312
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-861-9042 | 401-861-0330
*Phone Number* | *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.