1484403

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
APR 23 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

PEDRO RAMOS

**WARRANT FOR ARREST**

Case Number: CR08-42-03ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PEDRO RAMOS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation
- [ ] Violation Notice

charging him or her with (brief description of offense)
CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN; DISTRIBUTION OF HEROIN

- [x] in violation of Title 21 United States Code, Section(s) 846 AND 841(a)(1) and (b)(1)(B)(C); 18:2
- [ ] in violation of the conditions of his or her pretrial release imposed by the court.
- [ ] in violation of the conditions of his or her supervision imposed by the court.

JEANNINE NOEL
Name of Issuing Officer

[signature]
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

04/23/2008 PROVIDENCE, RI
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at residence by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/23/2008 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 04/29/2008 | | |