UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 08-42-03ML

PEDRO RAMOS

**MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS**

Now comes the defendant, Pedro Ramos, and seeks additional time for the conduct of discovery and the filing of pretrial motions. Defendant offers for the reason of this motion that the case has involved extensive T-3 wiretap investigations over a several month period by police. Most of these wiretaps were in the Spanish language. Defendant, as recently as June 2, 2008, conducted a physical evidence view of extensive packages of exhibits and obtained additional evidence to review and understand in connection with preparation of the defense of this matter. For the foregoing reasons, counsel seeks an additional sixty (60) days in order to properly prepare and pursue the foregoing matters. Currently, the court has granted at least one co-defendant similar relief.

Such continuance should, therefore, be excludable for speedy trial calculations in the interest of justice.

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

Date: June 9, 2008

CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge the Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Beckner, Esq., A.U.S.A. at sandra.beckner@usdoj.gov on June 9, 2008.

/s/ George J. West